PER CURIAM.
Affirmed. See and compare State v. DiGuilio, 491 So.2d 1129 (Fla.1986); James v. State, 453 So.2d 786 (Fla.1984); Paul v. State, 385 So.2d 1371 (Fla.1980); Edmond v. State, 559 So.2d 85 (Fla. 3d DCA 1990); Taylor v. State, 425 So.2d 1191 (Fla. 1st DCA 1983); Justus v. State, 438 So.2d 358 (Fla.1983); Section 90.613, Florida Statutes *1228 (1989); Section 924.33, Florida Statutes (1989); Florida Rules of Criminal Procedure 3.151(a) and 3.151(b).